## DAVID DODEMEAD *versus* CHARLES LEE CASS

Journal Entries (1820–22): *Journal 3:* (1) Rule to bring body *p. 62; (2) witness fees ordered paid *p. 175; (3) office judgment taken off, rule to plead, continued *p. 187; (4) attendance of witness proved *p. 285; (5) discontinued *p. 326.

Papers in File: (1) Precipe for capias; (2) affidavit for special bail; (3) capias and return, allowance of bail; (4) declaration; (5) precipe for judgment for want of plea; (6–7) precipes for subpoenas; (8–9) subpoenas; (10) precipe for subpoena; (11) subpoena; (12) plea of not guilty; (13) precipe for subpoena; (14) subpoena; (15) recognizance of special bail and bail piece; (16) plea of not guilty.

*Office Docket*, MS p. 118, c. 19. Recorded in *Book A*, MS pp. 454–58.

## RICHARD DURYEE, JR., AND GEORGE T. ELLIOTT, MERCHANTS TRADING UNDER THE FIRM OF DURYEE & ELLIOTT, *versus* JOHN McDONELL

Journal Entries (1820–21): *Journal 3:* (1) Rule to bring body *p. 62; (2) special bail *p. 68; (3) cognovit, judgment *p. 228.

Papers in File: (1) Precipe for process; (2) capias and return; (3) declaration; (4) warrant to confess judgment; (5) precipe for execution fi. fa.; (6) writ of fi. fa. and return; (7) precipe for alias fi. fa.; (8) alias fi. fa. and return; (9) precipe for pluries fi. fa.; (10) pluries fi. fa. and return; (11) precipe for second pluries fi. fa.; (12) pluries fi. fa. and return.

*Office Docket*, MS p. 146, c. 63. Recorded in *Book A*, MS pp. 206–12.